FILED

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF | 2:14-MJ-0016  KJN<br>S.W. No. |
| FRANCISCO FELIX, a.k.a., "Paco" | [PROPOSED] ORDER RE:<br>REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: Jan 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

**FILED**
JAN 28 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br><br>ALEJANDRO MARTINEZ,<br>a.k.a. "Gallo,"<br>a.k.a. "Pelon" | 2:14-MJ-0016  KJN<br>S.W. No.<br><br>[PROPOSED] ORDER RE:<br>REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: Jan 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

**FILED**

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br><br>AUGUSTIN RAMIREZ | 2:14-MJ-0016 KJN<br>S.W. No.<br><br>[PROPOSED] ORDER RE:<br>REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

**FILED**

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF | 2:14 - MJ - 0016   KJN<br><br>S.W. No.<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
| MIGUEL FELIX, a.k.a. "Mili" | |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: Jan 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

**FILED**

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br><br>SERGIO MONDESTO | 2:14-MJ-0016 KJN<br>S.W. No.<br><br>[~~PROPOSED~~] ORDER RE:<br>REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

**FILED**

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14 - MJ - 0016   KJN

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF ) | S.W. No. |
| ) | |
| ANTONIO RAMIREZ, a.k.a. "Tonio" ) | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California



**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ARREST OF ) 2:14-MJ-0016 KJN
) S.W. No.
GERARDO BARRAZA )
) **[PROPOSED] ORDER RE:**
) **REQUEST TO SEAL DOCUMENTS**
)
)
)
)
)
)

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California

**FILED**

JAN 28 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14 - MJ - 0016    KJN

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF ) | S.W. No. |
| ) | |
| **MARTIN LOPEZ** ) | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the criminal complaint, arrest warrant, and accompanying Affidavit in the above-captioned proceeding shall be filed *in camera* and under seal, until the execution of the arrest warrant.

Dated: January 27, 2014

_____
KENDALL J. NEWMAN
United States Magistrate Judge
Eastern District of California