1  SCOTT N. CAMERON (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Ph. 916-769-8842

4

   Attorney for:
5  ALFONSO MAGANA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  14-CR-00040 WBS

12                    Plaintiff,           **STIPULATION REGARDING**
                                           **EXCLUDABLE TIME PERIODS**
13  v.                                     **UNDER SPEEDY TRIAL ACT;**
                                           **[PROPOSED] FINDINGS AND**
14  FRANCISCO FELIX, et. al.,              **ORDER**

15                    Defendants,

16

17                      **STIPULATION**

18       Plaintiff, United States of America, by and through its counsel of record, and defendants

19  FRANCISCO FELIX, ALEJANDRO MARTINEZ, AUGUSTIN RAMIREZ, MARTIN LOPEZ,

20
    RAUL RANGEL, ALFONSO MAGANA, RAFAEL ALCAUTER, MARTIN RUBIO, and
21
22  RAMON DIAZ, by and through their respective counsel of record, hereby stipulate as follows:

23       1.       By previous order, this matter was set for status on April 14, 2014, at 9:30 a.m.

24       2.       By this stipulation, defendants now move to continue the status conference to June

25  30, 2014, at 9:30 a.m., and to exclude time between April 14, 2014, and June 30, 2014, under Local

26  Codes T2 and T4.  Plaintiff does not oppose this request.

27       3.       The parties agree and stipulate, and request that the Court find the following:

28
                                     1

a.      This case involves a year long, multi-agency, investigation in which telephone calls were intercepted pursuant to Title III.

b.      The government has produced discovery to the defense in this case which consists of 4,900 pages of scanned documents and eight CD/DVD's with videos, recorded body wires, and recorded conversations.

c.      Respective counsel for each defendant desires additional time to review the document and multi-media discovery, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

d.      Counsel for each defendant believes that failure to grant the above-requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.      The government does not object to the continuance.

f.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 14, 2014, to June 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), B(iv), [Local Codes T2 and T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

2

IT IS SO STIPULATED.

DATED:          April 9, 2014          /s/ Micael D. McCoy
                                       MICHAEL D. McCOY
                                       Assistant United States Attorney

DATED:          April 9, 2014          /s/ Alan R. Baum
                                       ALAN R. BAUM
                                       Counsel for FRANCISCO FELIX

DATED:          April 9, 2014          /s/ Peter Kmeto
                                       PETER KMETO
                                       Counsel for ALEJANDRO MARTINEZ

DATED:          April 9, 2014          /s/ Kyle Knapp
                                       KYLE KNAPP
                                       Counsel for AUGUSTIN RAMIREZ

DATED:          April 9, 2014          /s/ Clemente Jiménez
                                       CLEMENTE JIMÉNEZ
                                       Counsel for MARTIN LOPEZ

DATED:          April 9, 2014          /s/ Douglas Beevers
                                       DOUGLAS BEEVERS
                                       Counsel for RAUL RANGEL

DATED:          April 9, 2014          /s/ Scott Cameron
                                       SCOTT N. CAMERON
                                       Counsel for ALFONSO MAGANA

DATED:          April 9, 2014          /s/ Jesse J. Garcia
                                       JESSE J. GARCIA
                                       Counsel for RAFAEL ALCAUTER

DATED:          April 9, 2014          /s/ Dina Santos
                                       DINA SANTOS
                                       Counsel for MARTIN RUBIO

DATED:          April 9, 2014          /s/ Perciliano Martinez
                                       PERCILIANO MARTINEZ
                                       Counsel for RAMON DIAZ

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  April 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3