SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
ALFONSO MAGANA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 14-CR-00040 WBS |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER** |
| v. | |
| FRANCISCO FELIX, et. al., | |
| Defendants, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendants FRANCISCO FELIX, ALEJANDRO MARTINEZ, AUGUSTIN RAMIREZ, GERARDO BARRAZA, MARTIN LOPEZ, RAUL RANGEL, ALFONSO MAGANA, RAFAEL ALCAUTER, MARTIN RUBIO, and RAMON DIAZ, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 30, 2014, at 9:30 a.m.

2. By this stipulation, defendants now move to continue the status conference to August 25, 2014, at 9:30 a.m., and to exclude time between June 30, 2014, and August 25, 2014, under Local Codes T2 and T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. This case involves a year long, multi-agency, investigation in which telephone calls were intercepted pursuant to Title III.

b. The government has produced discovery to the defense in this case which consists of approximately 19,194 pages of scanned documents and approximately 14 CD/DVD's with videos, recorded body wires, and recorded conversations.

c. Respective counsel for each defendant desires additional time to review the document and multi-media discovery, consult with their client regarding the discovery, conduct investigation, and to discuss potential resolution with their client and the government.

d. Counsel for each defendant believes that failure to grant the above-requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 30, 2014, to August 25, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), B(iv), [Local Codes T2 and T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: June 26, 2014        /s/ Michael D. McCoy
                            MICHAEL D. McCOY
                            Assistant United States Attorney

DATED: June 26, 2014        /s/ Alan R. Baum
                            ALAN R. BAUM
                            Counsel for FRANCISCO FELIX

DATED: June 26, 2014        /s/ Peter Kmeto
                            PETER KMETO
                            Counsel for ALEJANDRO MARTINEZ

DATED: June 26, 2014        /s/ Kyle Knapp
                            KYLE KNAPP
                            Counsel for AUGUSTIN RAMIREZ

DATED: June 26, 2014        /s/ John Manning
                            JOHN MANNING
                            Counsel for GERARDO BARRAZA

DATED: June 26, 2014        /s/ Clemente Jiménez
                            CLEMENTE JIMÉNEZ
                            Counsel for MARTIN LOPEZ

DATED: June 26, 2014        /s/ Lexi Negan for Douglas Beevers
                            DOUGLAS BEEVERS
                            Counsel for RAUL RANGEL

DATED: June 26, 2014        /s/ Scott Cameron
                            SCOTT N. CAMERON
                            Counsel for ALFONSO MAGANA

DATED: June 26, 2014        /s/ Jesse J. Garcia
                            JESSE J. GARCIA
                            Counsel for RAFAEL ALCAUTER

DATED: June 26, 2014        /s/ Dina Santos
                            DINA SANTOS
                            Counsel for MARTIN RUBIO

DATED: June 26, 2014        /s/ Perciliano Martinez
                            PERCILIANO MARTINEZ
                            Counsel for RAMON DIAZ

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: June 26, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3