Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARTIN RUBIO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>FRANCISCO FELIX, et al.,<br><br>       Defendants | CASE NO. 14-CR-00040 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 2/23/15 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants FRANCISCO FELIX, ALEJANDRO MARTINEZ, AUGUSTIN RAMIREZ, GERARDO BARRAZA, MARTIN LOPEZ, RAUL RANGEL, ALFONSO MAGANA, RAFAEL ALCAUTER, MARTIN RUBIO, AND RAMON DIAZ, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 8, 2014.

2. By this stipulation, defendant now moves to continue the status conference until February 23, 201, and to exclude time between December 8, 2014, and February 23, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

  a) This case involves a year long, multi-agency investigation in which telephone calls were intercepted pursuant to Title III.

  b) The Government has produced thousands of pages of discovery, and multiple

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

1 CD's and DVD's containing videos and recorded conversations, many of which are in the Spanish language.

   c) Respective Counsel for each of the Defendant's require additional time to review the discovery, consult with their client's, conduct investigation, and discuss potential resolutions with the Client and the Government.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 8 , 2014, to February 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  Dec. 4, 2014        BENJAMIN B. WAGNER
                 United States Attorney

                  /s/ Michael McCoy
                 MICHAEL MCCOY
                 Assistant United States Attorney

| Dated: Dec. 4, 2014 | /s/  Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for MARTIN RUBIO |
|---|---|
| Dated: Dec. 4, 2014 | /s/  Alan Baum<br>ALAN BAUM, ESQ.<br>Attorney for FRANCISCO FELIX |
| Dated: Dec. 4, 2014 | /s/  Peter Kmeto<br>PETER KMETO, ESQ.<br>Attorney for ALEJANDRO MARTINEZ |
| Dated: Dec. 4, 2014 | /s/  Kyle Knapp<br>KYLE KNAPP, ESQ.<br>Attorney for AUGUSTIN RAMIREZ |
| Dated: Dec. 4, 2014 | /s/  Gloria Martinez-Senftner<br>GLORIA MARTINEZ-SENFTNER, ESQ.<br>Attorney for GERARDO BARRAZA |
| Dated: Dec. 4, 2014 | /s/  Clemente Jimenez<br>CLEMENT JIMENEZ, ESQ.<br>Attorney for MARTIN LOPEZ |

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

3

Dated: Dec. 4, 2014          /s/   Douglas Beevers
                             DOUGLAS BEEVERS, ESQ.
                             Attorney for RAUL RANGEL

Dated: Dec. 4, 2014          /s/   Robert Forkner
                             ROBERT FORKNER, ESQ.
                             Attorney for ALFONSO MAGANA

Dated: Dec. 4, 2014          /s/   Jesse Garcia
                             JESSE GARCIA, ESQ.
                             Attorney for RAFAEL ALCAUTER

Dated: Dec. 4, 2014          /s/   Perciliano Martinez
                             PERCILIANO MARTINEZ, ESQ.
                             Attorney for RAMON DIAZ

**ORDER**

    IT IS SO FOUND AND ORDERED.

Dated: December 4, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & [Proposed] Order Continuing Status Conf. &            4
Excluding Time Periods Under Speedy Trial Act