BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0040 WBS |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| FRANCISCO FELIX, et al, | |
| Defendants. | |

On February 23, 2015, the Court held a status conference in this case. At that hearing, defense counsel requested that this matter be set for a further status conference on June 1, 2015. In support of this request, defense counsel informed the Court that they needed additional time due to the complexity of the case to review discovery and research and prepare potential pre-trial motions. Assistant United States Attorney Michael D. McCoy, appearing on behalf of plaintiff, the United States of America, did not object to the continuance.

This Court subsequently granted a continuance for a further status conference to June 1, 2015, at 9:30 a.m.

For the reasons stated in open court and having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, the Court therefore excluded time from

[PROPOSED] ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME

1

1  February 23, 2015, to, and including, June 1, 2015, from computation of time within which the trial of
2  this matter must be commenced, pursuant to Local Code T4 and Local Code T2.
3        Dated:  March 2, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME

2