KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
Agustin Ramirez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 14-CR-00040-WBS |
| Plaintiff, | ) ) ) ) | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | ) | |
| FRANCISCO FELIX, et.al.,. | ) ) | |
| Defendants. | ) ) ) ) | |

Plaintiff United States of America, by and through its counsel of record, and defendants FRANCISCO FELIX, ALEJANDRO MARTINEZ, AUGUSTIN RAMIREZ, GERARDO BARRAZA, MARTIN LOPEZ, RAUL RANGEL, ALFONSO MAGANA, RAFAEL ALCAUTER, LEONAIRES ALCAUTER, MARTIN RUBIO and RAMON DIAZ, by and through their respective counsel or record, hereby stipulate as follows:

1. At the last court appearance the matter was continued to June 1, 2015.

2. By this stipulation, defendant now moves to continue the status conference until August 24, 2015, and to exclude time between June 1, 2015 and August 24, 2015, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

1

a) This case involves a year long, multi-agency investigation in which telephone calls were intercepted pursuant to Title III.

b)  The government has produced thousands of pages of discovery, and multiple CD's and DVD's containing videos and recording conversations, many of which are in the Spanish language.

c)  Respective Counsel for each of the Defendant's require additional time to review the discovery, consult with their clients, conduct investigation, explore available motions and discuss potential resolutions with the Client and the Government.

d)  Counsel for defendants believe that failure to grant the above-requested continuance could deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)  The government has no objection to the continuance.

f)  Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et.seq., within which trial must commence, the time period of June 1, 2015, to August 24, 2015, inclusive is deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(B) (iv) [corresponding to Local Code T-4, T-2] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 29, 2015                                     /s/ Michael D. McCoy
                                                         MICHAEL MCCOY
                                                         Assistant U.S. Attorney

| | |
|---|---|
| Dated:  May 29, 2015 | /s/ Alan R. Baum<br>ALAN R. BAUM<br>Attorney for Defendant<br>FRANCISCO FELIX |
| Dated:  May 29, 2015 | /s/ Peter Kmeto<br>PETER KMETO<br>Attorney for Defendant<br>ALEJANDRO MARTINEZ |
| Dated:  May 29, 2015 | /s/ Kyle R. Knapp<br>KYLE R. KNAPP<br>Attorney for Defendant<br>AGUSTIN RAMIREZ |
| Dated:  May 29, 2015 | /s/ Gloria Martinez-Senftner<br>GLORIA MARTINEZ-SENFTNER<br>Attorney for Defendant<br>GERARDO BARRAZA |
| Dated:  May 27, 2015 | /s/ Clemente Jimenez<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>MARTIN LOPEZ |
| Dated:  May 29, 2015 | /s/ Douglas Beevers<br>DOUGLAS BEEVERS<br>Attorney for Defendant<br>RAUL RANGEL |
| Dated:  May 29, 2015 | /s/ Robert Forkner<br>ROBERT FORKNER<br>Attorney for Defendant<br>ALFONSO MAGANA |
| Dated:  May 29, 2015 | /s/ Jesse J. Garcia<br>JESSE J. GARCIA<br>Attorney for Defendant<br>RAFAEL ALCAUTER |
| Dated:  May 29, 2015 | /s/ Armando Villapudua<br>ARMANDO VILLAPUDUA<br>Attorney for Defendant<br>LEONAIRES ALCAUTER |

Dated:  May 29, 2015 /s/ Dina Santos
DINA SANTOS
Attorney for Defendant
MARTIN RUBIO

Dated:  May 29, 2015 /s/ Preciliano Maritinez
PRECILIANO MARTINEZ
Attorney for Defendant
RAMON DIAZ

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  May 29, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE