IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO FELIX, et al.,<br><br>　　　　Defendants. | 2:14-CR-00040-WBS<br><br>**ORDER SETTING JURY TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

**ORDER**

On December 14, 2015, the parties appeared before the Court for a status hearing and hearing on motions filed by the defendants. At the hearing, the parties jointly requested that the Court set this matter for jury trial on September 27, 2016, at 9:00 a.m. and a trial confirmation hearing on July 18, 2016, at 9:00 a.m.  Additionally, the parties jointly requested that the Court exclude the time between the December 14, 2015 status hearing and the September 27, 2016 jury trial from calculation under the Speedy Trial Act.

///

///

1

Accordingly, upon consideration of the representations of counsel at the December 14, 2015 status hearing, the Court hereby **ORDERS** that:

    (1)    This matter is set for Jury Trial to commence on September 27, 2016, at 9:00 a.m.;

    (2)    This matter is set for Trial Confirmation Hearing on July 18, 2016, at 9:00 a.m.;

    (3)    Time is excluded from December 14, 2015, through September 27, 2016, pursuant 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) (Local Code T2) and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4) based on the Court's finding that this case is complex, involves eleven defendants, and two Spanish-language wiretaps and based on the Court's finding that the ends of justice served by granting such an exclusion of time out weigh the best interests of the defendants and the public in a speedy trial.

**IT IS SO ORDERED.**

**Dated:  December 15, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE