JERRY KAPLAN, ESQ., CA Bar No. 49142
KAPLAN, KENEGOS & KADIN
Attorneys at Law
9150 Wilshire Boulevard, Suite 175
Beverly Hills, California 90212
Email: kapkenkd@pacbell.net
Telephone: (310) 859-7700
Facsimile: (310) 859-7773

Attorneys for Defendant
FRANCISCO FELIX

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:14-CR-40-01 WBS |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| | Current Date: January 29, 2018 |
| FRANCISCO FELIX, | Proposed Date: March 19, 2018 |
| Defendant. | |

    Defendant Francisco Felix, through undersigned counsel, and Plaintiff United States of America, by and through undersigned counsel, hereby stipulate as follows:

    1.    Defendant Francisco Felix was convicted after a jury trial on August 7, 2018. The Court set sentencing for December 4, 2017. On its own motion, the Court continued the sentencing to its current date, January 29, 2018.

    2.    On January 5, 2018, the Presentence Report was filed. Both the government and the defendant believe there are certain corrections and/or objections to file regarding the Report.

    3.    Counsel for the defendant is located in Los Angeles, California, and the

defendant is housed in Sacramento, California. Due to difficulties in travel and limited telephone communication, the defendant and counsel have not fully completed their review of the report together – even though counsel has employed a local investigator to assist them.

4. Motion for Correction of the Pre-Sentence Report shall be filed with the Court no later than **March 5, 2018** (two weeks before sentencing). Any Reply or Statement shall be filed by **March 12, 2018**.

5. Based on the foregoing, the parties request the Sentencing Hearing be continued to **March 19, 2018, at 9:00 a.m**. Counsel has confirmed that the Probation Officer is available on that date.

**IT IS SO STIPULATED.**

Date: January 19, 2018         /s/ Jerry Kaplan
                               Attorney for Defendant
                               FRANCISCO FELIX

Date: January 19, 2018         /s/ Justin L. Lee
                               Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE