McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-00040-01 WBS |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| FRANCISCO FELIX, ET AL., | |
| Defendants. | |

Based upon the trial and the forfeiture brief filed by the United States, and for the reasons stated at bar, it is hereby ORDERED, ADJUDGED and DECREED:

1. The Indictment in this case charged Defendant Francisco Felix with conspiracy to distribute methamphetamine and marijuana and contained a forfeiture allegation seeking to forfeit all property "used, or intended to be used, in any manner or part to commit or to facilitate" the criminal offenses. Dkt. 17. The United States filed a Bill of Particulars identifying 12737 Elm Avenue in Patterson, California as property the United States seeks to forfeit "pursuant to the forfeiture provision contained in the Indictment." Dkt. 287.

2. In August 2017, a federal jury found defendant Francisco Felix guilty of conspiracy to traffic methamphetamine and marijuana. *See* Dkt. 321.

3. On June 19, 2018, the United States filed a Motion for Preliminary Order of Forfeiture to forfeit 12737 Elm Avenue in Patterson, California based on its involvement in federal drug laws. *See*

1  PRELIMINARY ORDER OF FORFEITURE

Dkt. 374 (seeking forfeiture pursuant to Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853(a)).

4. On July 12, 2018, Defendant Felix filed a Statement of Non-Opposition to the United States' Motion for Preliminary Order of Forfeiture. *See* Dkt. 376.

5. Pursuant to 21 U.S.C. § 853(a), defendant Francisco Felix's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law:

    a.    Real property located at 12737 Elm Avenue, Patterson, California, Stanislaus County, APN: 047-007-028-000.

6. The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of violations of 21 U.S.C. §§ 846 and 841(a)(1), as represented in the jury's guilty verdict on Counts 1 and 6. [ECF No. 321]

7. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Homeland Security Investigation, Customs and Border Protection in its secure custody and control.

8.   a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

9. The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

10. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court

will enter a Final Order of Forfeiture pursuant 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 16th day of July, 2018.

/s/ William B. Shubb
WILLIAM B. SHUBB
United States District Court Judge