UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO FELIX,<br><br>　　　　Defendant. | No. 2:14-cr-0040-01 WBS<br><br><br>ORDER |

----oo0oo----

Defendant has filed a request for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  (Docket No. 434.)  The court notes that defendant filed a notice of appeal after the court from his sentence and judgment.  (See Docket No. 387.)  That appeal is still pending before the Ninth Circuit.  (9th Cir. Case No. 19-10047.)

The filing of a notice of appeal divests the district court of jurisdiction over the aspects of the case involved in the appeal.  United States v. Ortega Lopez, 988 F.2d 70, 72 (9th Cir. 1993).  Because defendant has appealed the judgment, this

1

court has no jurisdiction to consider the instant motion, which seeks his immediate release via a reduced sentence.  See United States v. Melkonyan, Case No. 2:14-cr-83 JAM (E.D. Cal. Apr. 27, 2020) (denying motion for compassionate release in light of defendant's pending appeal contesting, among other things, the length of his sentence) (citing, inter alia, Ortega-Lopez, 988 F.2d at 72).  Accordingly, the motion for compassionate release (Docket No. 434) is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated:  October 2, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2