UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FRANCISCO FELIX,<br><br>            Defendant. | No. 2:14-cr-0040 WBS<br><br>Court of Appeals No. 20-10356<br><br>ORDER |

----oo0oo----

The court previously denied defendant Francisco Felix's request for compassionate release under 18 U.S.C. § 3582(c)(1)(A), finding that it lacked jurisdiction due to defendant's pending appeal, 9th Cir. Case No. 19-10047. Defendant then filed a notice of appeal based on that denial. (Docket No. 436.)

Pursuant to the order of the Ninth Circuit Appellate Commissioner dated November 17, 2020, the court hereby finds that defendant has shown good cause or excusable neglect for his untimely notice of appeal and is therefore entitled to an

1

1  additional thirty days under Federal Rule of Appellate Procedure
2  4(b)(4).  Based on this extension, defendant's Notice of Appeal
3  filed November 2, 2020 is timely.
4           The Clerk of Court shall send a copy of this order to
5  defendant at the following address: Reg. No. 71263-097, FCI La
6  Tuna, Federal Correctional Institution, P. O. 3000, Anthony, NM
7  88021.  The Clerk of this Court shall also send a copy of this
8  order to the Clerk of the United States Court of Appeals for the
9  Ninth Circuit.
10          IT IS SO ORDERED.
11  Dated:  November 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2