UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MARTINEZ,<br><br>　　　　Defendant. | No. 2:14-cr-00040-02 WBS<br><br><br>ORDER |

----oo0oo----

　　　　　The court has received a letter from defendant Alejandro Martinez in which he requests information as to whether he "was sentenced under the amendment 782" and if not, he requests a reduction of his sentence under that amendment. (Docket No. 442.)

　　　　　Amendment 782, promulgated and made retroactive by the Sentencing Commission in 2014, lowered the sentencing range of many crimes listed in the Guidelines' drug quantity table, U.S.S.G. § 2D1.1, by two offense levels.  See United States v. Castro, No. 1:11-CR-00187-(2) LJO, 2016 WL 950793, at *1-2 (E.D.

1

Cal. Mar. 14, 2016).

The court notes that defendant was sentenced on November 14, 2016 (Docket Nos. 226, 228), and under § 1B1.11 of the Sentencing Guidelines, the court is generally required to use the guidelines in effect on the date of sentencing.  Because defendant was sentenced after Amendment 782 took effect, the Sentencing Guidelines at the time of his sentence would have already incorporated Amendment 782's lowered sentencing ranges.  Accordingly, no reduction in his sentence is available under Amendment 782.[1]

IT IS SO ORDERED.

Dated:  December 4, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court assumes for the purposes of this order that Amendment 782 lowered the Guidelines range for the type of offense for which defendant was convicted.

2