UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANCISCO FELIX,<br><br>        Defendant. | No. 2:14-cr-0040-01 WBS<br><br><br>ORDER |

----oo0oo----

Defendant has filed a pro se motion to reduce his sentence under Amendment 821 and the First Step Act.  (Docket No. 456.)[1]  The United States shall file any opposition to defendant's motion no later than sixty (60) days from the date of this order.  Defendant may file a reply no later than thirty (30) days from the date of the filing of the United States' opposition.  After briefing is complete, the court will take the

---

[1] The Office of the Federal Defender has notified the court that it will not assume representation of the defendant with regard to this motion.  (Docket No. 458.)

1

motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: August 21, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE