UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0040 WBS |
| Plaintiff, | |
| v. | ORDER |
| FRANCISCO FELIX, | |
| Defendant. | |

----oo0oo----

Good cause appearing, defendant's request for an extension of time to reply to the United States' opposition to his pro se motion for reduction of sentence is hereby GRANTED. Defendant shall file any reply within thirty (30) days from the date of this order.

IT IS SO ORDERED.

Dated: December 4, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1