UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:14-cr-0040-01 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| FRANCISCO FELIX, | |
| Defendant. | |

----oo0oo----

      Defendant has filed a pro se motion to reduce his sentence under Amendment 821 and the First Step Act.  (Docket No. 456.)  Good cause appearing, defendant's second request (Docket No. 465) for an extension of time to reply to the United States' opposition is hereby GRANTED.  Defendant shall file any reply within thirty (30) days from the date of this order.

      IT IS SO ORDERED.

Dated:  January 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1