UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANCISCO FELIX,<br><br>        Defendant. | No. 2:14-cr-0040-01 WBS<br><br><br>ORDER |

----oo0oo----

Defendant Francisco Felix was sentenced to 240 months' imprisonment after a jury found him guilty of conspiracy to distribute and possess methamphetamine and marijuana and three counts of the illegal use of a communication facility. He now again moves pro se to reduce his sentence under 18 U.S.C. § 3582(c)(2).[1] (Docket No. 470.)

Defendant contends that a sentence reduction is appropriate under Amendment 821's "zero point offender"

---

[1] By the court's count, this is defendant's fourth motion for compassionate release.

1

provision.  However, defendant filed a motion for compassionate release based on the zero point offender provision earlier this year, which the court denied after determining that he was ineligible under U.S.S.G. § 4C1.1(a)(10) because he had received an adjustment under U.S.S.G. 3B1.1 for an aggravating role in the offense.  See U.S.S.G. § 4C1.1(a)(10).  (See Docket Nos. 456, 469.)  Defendant did not appeal that denial and does not address the court's determination that he was ineligible.

This court once again finds no error in its prior application of an adjustment for defendant's aggravating role in the offense, nor in its determination that this adjustment renders defendant ineligible for a reduction in sentence under the zero point offender provision.  Accordingly, defendant's motion (Docket No. 470) is DENIED.

IT IS SO ORDERED.

Dated:  July 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2